NOS. SCWC-28314 and SCWC-28315

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

CHUNG MI AHN,
Respondent/Claimant/Appellant/Appellee-Appellee,

vs.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,
Petitioner/Respondent/Appellee/Appellant-Cross-Appellee,

and

GORDON I. ITO,[1] Insurance Commissioner,
Department of Commerce and Consumer Affairs,
Respondent/Appellee/Appellee-Cross-Appellant.
(SCWC-28314)

---

KEE SUN KIM,
Respondent/Claimant/Appellee/Appellant-Cross Appellee,

vs.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,
Petitioner/Respondent/Appellee/Appellant-Cross-appellee,

and

GORDON I ITO, Insurance Commissioner,
Department of Commerce and Consumer Affairs,
Respondent/Appellee/Appellee-Cross-appellant.
(SCWC-28315)

---

[1]  During the pendency of this action, Gordon I. Ito (Ito or Insurance Commissioner Ito) succeeded J.P. Schmidt (Schmidt, Insurance Commissioner, or Insurance Commissioner Schmidt) as Insurance Commissioner. Therefore pursuant to Hawaiʻi Rules of Appellate Procedure Rule 43(c)(1) (2010), Ito has been substituted for Schmidt.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 28314 (CIV. NO. 05-1-2265) and
ICA NO. 28315 (CIV. NO. 06-1-0994))

ORDER OF CORRECTION
(By: Nakayama, Acting C.J., Acoba, Duffy and McKenna, JJ., and
Circuit Judge Chang, in place of Recktenwald, C.J., recused)

IT IS HEREBY ORDERED that the Opinion of the Court, filed October 4, 2011, is corrected as follows:

1.    Page 2: underscore OPINION OF THE COURT BY MCKENNA, J.

2.    Page 8, at **2.**: underscore **Gamata v. Allstate Ins. Co.**

3.    Page 8, second full paragraph, line 1: underscore Wilson

4.    Page 14, line 2: remove single space indentation before "Based"

5.    Page 20, second full paragraph, line 2: underscore Zanakis-Pico v. Cutter Dodge, Inc.

6.    Page 20, second full paragraph, line 5 to line 6: underscore Allstate Ins. Co. v. Schmidt

7.    Page 21, line 2 to line 3: underscore "when the language of the statute is ambiguous or produces an absurd or unjust result."

8.    Page 21, line 3 to line 4: underscore Estate of Roxas v. Marcos

2

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawaiʻi, October 10, 2011.

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

/s/ Gary W.B. Chang